UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RODNEY EARL CUTTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV544(JCH) |
| | ) |
| KECIA NICOLE WRIGHT, | ) |
| KEVIN WRIGHT, | ) |
| EDWARD WRIGHT, | ) |
| PATRICK D. DAUT, | ) |
| KEVIN R. RUDOLPH, and | ) |
| ST. LOUIS CITY POLICE | ) |
| DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 16th day of August, 2007.

    \s\ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**